UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

    MICHAEL DUNVILLE
    and MICHELLE DUNVILLE,    In Bankruptcy
                                              Chapter Seven
                        Debtors.      Case No. 09 64837 wsd
_____    Judge Walter Shapero


## ANSWER TO TRUSTEE'S APPLICATION FOR EXAMINATION
## OF DEBTORS UNDER BANKRUPTCY RULE 2004

      NOW COME the Debtors, **Michael Dunville and Michelle Dunville**, by and through their attorney, **Seymour Markowitz**, and by way of Answer to Trustee's Application for Examination of Debtors Under Bankruptcy Rule 2004 shows unto this Court as follows:

      Debtors admit the allegations contained in Paragraphs One, Two, Three, Six and Seven of Trustee's Motion.

      Debtors neither admit nor deny the allegations contained in Paragraphs Four and Five of Trustee's Motion, but affirmatively state that Seymour Markowitz suffered a heart attack resulting in open heart surgery and he has not yet returned to his office practice. Further, Seymour Markowitz expects to be available to represent the Debtors at a 2004 hearing after January 29, 2010.

      WHEREFORE, Debtors pray that this Honorable Court dismiss Trustee's Motion.

                                                          _/s/Seymour Markowitz_____
                                                          SEYMOUR MARKOWITZ - P17094
                                                          Attorney for Debtors
                                                          30400 Telegraph Road, #111
                                                          Bingham Farms, MI 48025
                                                          (248) 647-1230
                                                          dvccounsel@aol.com
Dated: December 16, 2009.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In Re:

    **MICHAEL DUNVILLE**
    **and MICHELLE DUNVILLE**,        In Bankruptcy
                                                Chapter Seven
                        Debtors.        Case No. 09 64837 wsd
_____        Judge Walter Shapero

**CERTIFICATE OF SERVICE**

STATE OF MICHIGAN   )
                                  ) ss.
COUNTY OF OAKLAND )

       I hereby certify that on the 16th day of December, 2009, I electronically filed the Debtors' Answer to Trustee's Application for Examination of Debtors Under Bankruptcy Rule 2004 using the ECF system which will send notification of such filing to the following:

United States Trustee                              Wendy Turner Lewis, Chapter 7 Trustee

Tracy M. Clark, Atty. For Trustee
 Steinberg, Shapiro & Clark.

                                                                       _/s/Frances K. Owen_____
                                                                       Frances K. Owen
                                                                       Markowitz Law Office
                                                                       For Seymour Markowitz, Esq.
                                                                       30400 Telegraph Road, #111
                                                                       Bingham Farms, MI 48025
                                                                       (248) 647-1230
                                                                       dvccounsel@aol.com

Dated: December 16, 2009.